AO 451 (Rev. 12/93) Certification of Judgment                8:08-MC-0148-T-30MAP

# UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASIS INTERNET SERVICES, a California corporation | **CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |
| v. | |
| ALL IN, LLC., dba POWER-CL1CKS2.COM | CASE NUMBER: CV-07-5717 JSW |

I, Richard W. Wieking, Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on  October 15, 2008   as it appears in the records of this court, and that
                                                                    date

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court

NOV 0 5 2008

*Date*

Richard W. Wieking
*Clerk*

HILARY JACKSON
*(By) Deputy Clerk*

*Insert the appropriate language: . . ."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . ."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]." . . ."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App.P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ASIS INTERNET SERVICES,

    Plaintiff,

v.

ALL IN, LLC,

    Defendant.

No. C 07-05717 JSW

**JUDGMENT**

Pursuant to this Court's Order adopting Magistrate Judge James' Report and Recommendation re: Plaintiff's motion for default judgment, judgment is HEREBY ENTERED in favor of Plaintiff Asis Internet Services and against Defendant As In, LLC in the amount of $294,000 principle, with interest thereon to accrue from the date of entry of this judgment, and shall bear the rate of interest provided under 28 U.S.C. § 1963. Plaintiff is also awarded $12,154.36 in attorneys' fees and costs.

In addition, Defendant All In, a Florida limited liability company, Defendant's agents, employees, successors, and all persons acting in concert with them who receive notice of this Order, are permanently enjoined from current and future violations of the CAN-SPAM Act of 2003, 15 U.S.C. § 7704 *et seq.*

**IT IS SO ORDERED.**

Dated: October 15, 2008

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE