UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASIS INTERNET SERVICES, INC.

        Plaintiff,

        v.        Case No. 8:08-mc-148-T-30MAP

ALL IN, LLC., d/b/a
POWER-CL1CKS2.COM,

        Defendant.
_____/

**ORDER**

    This miscellaneous matter concerns an effort by the Plaintiff to enforce a judgment out of the Northern District of California. The Plaintiff has filed a "Notice of Motion and Motion for Order of Contempt; Memorandum of Points and Authorities in Support Hereof." *See* doc. 8. Although Plaintiff states in the motion that "Notice is Hereby Given that on Friday, August 28, 2009, at 8:00 a.m., in Courtroom 13A of the United States District Court, Middle District of Florida, 801 North Florida Avenue, Tampa, Florida, ASIS Internet Services, the judgment creditor, will move the Court for an Order re contempt," no such hearing has been scheduled by the district judge. Indeed, it appears that counsel improperly designated that date and time without the approval or knowledge of the district judge. Given that the motion is in improper form, the motion is DENIED.

    DONE AND ORDERED in Tampa, Florida on July 14, 2009.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE