UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ASIS INTERNET SERVICES, a California
corporation,

      Plaintiff,

v.                              Case No. 8:08-mc-148-T-30MAP

ALL IN, LLC, d/b/a POWER-CL1CKS2.COM,
and DOES ONE through FIFTY, inclusuve,

      Defendants.
_____/

## ORDER TO SHOW CAUSE
## AND NOTICE OF HEARING

    THIS CAUSE is before the Court on Plaintiff's motion for contempt (doc. 8).[1]  By the

motion, the Plaintiff seeks entry of an Order finding Defendant's managing agent, Shannon

Groth, in contempt of Court for failing to appear on May 15, 2009, pursuant to a subpoena to

answer questions in aid of execution of judgment.[2]  Ms. Groth did not file a response in

opposition.  The Court entered an Order to Show Cause on August 21, 2009, directing Ms. Groth

to appear at a hearing on September 24, 2009, to show cause why she should not be sanctioned

for failing to appear for her deposition.  The Order to Show Cause instructed the Plaintiff to serve

Ms. Groth with copies of the Registration of Foreign Judgment, the motion for sanctions, and the

Order to Show Cause.  At the show cause hearing, counsel for Plaintiff advised the Court that he

---

[1]  The Plaintiff registered a foreign judgment in this Court on November 26, 2008, pertaining to an action filed in the District Court for the Northern District of California, ASIS Internet Services v. All In, LLC, case no. CV-07-5717 JSW.  The court in that case entered a final judgment in the amount of $294,000 against Defendant As In, LLC on October 15, 2008.

[2]  Ms. Groth is Defendant All In, LLC's managing agent.  *See* doc. 8, exhibit B.

had been unable to effect service of process on Ms. Groth and that she was unaware of the

hearing.  Accordingly, upon consideration and for the reasons set forth at the hearing, it is hereby

ORDERED:

1.   Plaintiff's motion for contempt (doc. 8) is DENIED.

2.  The Clerk of Court is advised to close this case.

IT IS SO ORDERED at Tampa, Florida, on September 24, 2009.

_____
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE